IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 10-776 |
| MAMADOU BARRY : | |

## ORDER

**AND NOW**, this **5th** day of **December**, **2011**, upon consideration of Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, New Trial Pursuant to Federal Rule of Criminal Procedure 33, and Post-Conviction Dismissal, the Government's response thereto, and the parties' supplemental briefs, and for the reasons stated in this Court's Memorandum dated December 5th, 2011, it is hereby **ORDERED** that the motion (Document No. 41) is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's Motion for Post-Conviction Dismissal is **GRANTED**. Defendant's conviction on Count One (18 U.S.C. § 844(e)) is **VACATED** and Count One is hereby **DISMISSED**.

2. Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29 is **DENIED**.

3. The Court will defer a decision on Defendant's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 pending a hearing on the issue of a written statement by Hadiatou Barry. The hearing will be held on **Wednesday, December 7, 2011, at 8:30 a.m.** in Courtroom 13B.

BY THE COURT:

**Berle M. Schiller, J.**