IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 10-776 |
| MAMADOU BARRY : | |

### ORDER

**AND NOW**, this **25th** day of **January**, **2012**, upon consideration of Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, New Trial Pursuant to Federal Rule of Criminal Procedure 33, and Post-Conviction Dismissal, the Government's response thereto, and the parties' supplemental briefs, following a hearing conducted on December 7, 2011, and for the reasons stated in this Court's Memorandum dated January 25, 2012, it is hereby **ORDERED** that:

1. Defendant's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Document No. 41) is **GRANTED**.

2. Defendant is **GRANTED** a new trial on Count Two (49 U.S.C. § 46507).

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**